■ TOWN OF WOODBURY, Respondent, v CENTRAL VALLEY ASSOCIATES, INC., Appellant. [663 NYS2d 995] —In an action, *inter alia,* to direct the defendant to comply with a demolition permit issued by the plaintiff, the defendant appeals from an order of the Supreme Court, Orange County (Peter C. Patsalos, J.), dated July 22, 1996, which granted the plaintiff's motion to direct compliance with the demolition permit, and denied the defendant's motion to dismiss the complaint.

Ordered that the order is affirmed, with costs.

The defendant's claim that it was unconstitutionally deprived of notice that it must obey the Uniform Fire Prevention and Building Code Act *(see,* Executive Law art 18) is improperly raised for the first time on this appeal.

The defendant's remaining contentions are without merit. Ritter, J. P., Sullivan, Santucci and McGinity, JJ., concur.

■ ROBERT VANCE, Appellant, v DONG LI, Respondent. [664 NYS2d 725] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Polizzi, J.), entered July 5, 1996, which granted the defendant's motion for summary judgment dismissing the complaint based upon a finding that the plaintiff did not sustain a serious injury as defined by Insurance Law § 5102 (d).

Ordered that the order is reversed, on the law, with costs, the motion is denied, and the complaint is reinstated.

In his affidavit, the plaintiff's treating physician indicated that, based on the physical examination he performed on the plaintiff more than three years after the accident, he found that the movement of the plaintiff's cervical spine was restricted by more than 20 degrees and that the movement of his lumbar spine was restricted by more than 20 per cent. The affidavit raised an issue of fact as to whether the plaintiff suffered a serious injury as defined by Insurance Law § 5102 (d) *(cf., Beckett v Conte,* 176 AD2d 774; *see, Petrone v Thornton,* 166 AD2d 513; *Phillips v Costa,* 160 AD2d 855). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.